|  | ) | **United States District Court** |
|---|---|---|
| TAZINIQUE ECHOLS, on behalf of herself and all others similarly situated, | ) ) ) | **Northern District of Illinois** |
|  | ) |  |
| Plaintiffs, | ) | Case No.: 1:25-cv-11554 |
|  | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **NOTICE OF VOLUNTARY** |
| Beauty Bioscience, LLC, | ) | **DISMISSAL WITH** |
|  | ) | **PREJUDICE** |
| Defendant. |  |  |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: January 9, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law